DANIEL G. BOGDEN, NVBN 2137
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

## LAS VEGAS DIVISION

| | |
|---|---|
| MICHAEL K. DOUZAT, | Case No: 2:17-cv-01740-APG-PAL |
|     Plaintiff | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **(First Request)** |
|     Defendant. | |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby requests an extension of time of forty days from December 5, 2017 to January 15, 2018, to prepare and file her cross motion to affirm. This is the Commissioner's first request for an extension.

Defendant respectfully requests this extension of time because of a very heavy workload, and because of upcoming extended leave at the end of the year for the holiday season. The Commissioner apologizes for the additional delay in proceedings.

-1-

On December 5, 2017, Plaintiff informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: December 5, 2017    LAW OFFICES OF LAWRENCE D. ROHLFING

By: /s/* Cyrus Safa
CYRUS SAFA
*authorized by email December 5, 2017

Attorneys for Plaintiff

Date: December 5, 2017    DANIEL G. BOGDEN
United States Attorney

By: /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: December 7, 2017

HONORABLE PEGGY A. LEEN
United States Magistrate Judge

-2-

**CERTIFICATE OF SERVICE**

I, Michael K. Marriott, hereby certify that I caused a copy of Stipulation for Extension of Time to File Defendant's Cross Motion to Affirm to be served, via CM/ECF notification, on:

>Cyrus Safa
>Law Offices of Lawrence D. Rohlfing
>12631 E. Imperial Highway, Suite C-115
>Santa Fe Springs, CA 90670
>
>Leonard H Stone
>Shook & Stone Chtd.
>710 S. Fourth St.
>Las Vegas, NV 89101

Date: <u>December 5, 2017</u>           DANIEL G. BOGDEN
                                        United States Attorney

                                  By:   */s/ Michael K. Marriott*
                                        MICHAEL K. MARRIOTT
                                        Assistant Regional Counsel

                                        Attorneys for Defendant

-3-