# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL K. DOUZAT,

    Plaintiff(s),

v.

ANDREW SAUL,

    Defendant(s).

Case No.: 2:17-cv-01740-APG-NJK

**ORDER**

Andrew Saul is now Commissioner of Social Security. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Andrew Saul in place of Nancy Berryhill.

IT IS SO ORDERED.

Dated: October 18, 2019

                                                Nancy J. Koppe
                                                United States Magistrate Judge