1
2
3
4
5
6                       **UNITED STATES DISTRICT COURT**
7                          **DISTRICT OF NEVADA**
8
9    MICHAEL K. DOUZAT,                    Case No.: 2:17-cv-01740-APG-NJK
10          Plaintiff(s),                              **ORDER**
11   v.
12   ANDREW SAUL,
13          Defendant(s).

14          On October 11, 2019, the undersigned was assigned to this case.  No later than November

15   1, 2019, the parties shall file a joint certification that they have:

16          1.  discussed the potential for settling this matter, *cf.* Fed. R. Civ. P. 26(f)(2),

17          2.  discussed the potential for utilizing alternative dispute resolution, including mediation

18              or arbitration, *cf.* Local Rule 26-1(b)(7), and

19          3.  discussed consenting to resolution of this case by a magistrate judge, *cf.* Local Rule 26-

20              1(b)(8).

21          The discussion must be conducted by attorneys of record (not staff) and the joint

22   certification must specify the attorneys who participated in the discussion.  The discussion must

23   be telephonic, in-person, or by video, and the joint certification must specify the means of

24   discussion.

25          IT IS SO ORDERED.

26          Dated: October 18, 2019

27                                                    _____

28                                                    Nancy J. Koppe
                                                      United States Magistrate Judge

                                          1