# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL K. DOUZAT,

    Plaintiff(s),

v.

ANDREW SAUL,

    Defendant(s).

Case No.: 2:17-cv-01740-NJK

**ORDER**

[Docket No. 15]

On January 7, 2020, the undersigned issued a report and recommendation that the motion for reversal or remand be granted in that the case should be remanded for further proceedings. Docket No. 25. The deadline for objecting to that report and recommendation expired on January 21, 2020. *See* Local Rule IB 3-2. No objection was filed.

Pursuant to the pilot program regarding magistrate judge consent in social security cases, *see* General Order 2019-08, the parties have consented to the undersigned magistrate judge's handling of this case, *see* Docket No. 27; *see also* Fed. R. Civ. P. 73(a); 28 U.S.C. § 636(c)(1).

Accordingly, the Court hereby incorporates the findings and analysis in the report and recommendation into this order and **GRANTS** the motion for reversal or remand (Docket No. 15) for the reasons stated therein. The case is hereby remanded for further proceedings consistent with the report and recommendation. The Clerk's Office is instructed to **ENTER FINAL JUDGMENT** accordingly and to **CLOSE** this case.

IT IS SO ORDERED

Dated: January 22, 2020

                                                Nancy J. Koppe
                                              United States Magistrate Judge