# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL K. DOUZAT,<br><br>    Plaintiff(s),<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>    Defendant(s). | Case No. 2:17-cv-01740-NJK<br><br>**ORDER** |

    Kilolo Kijakazi is now Acting Commissioner of Social Security. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Kilolo Kijakazi in place of Andrew Saul.

    IT IS SO ORDERED.

    Dated: August 24, 2021

                                                      Nancy J. Koppe<br>                                                    United States Magistrate Judge