AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Michael K Douzat,

           Plaintiff,

      v.

Kilolo Kijakazi,

           Defendant.

JUDGMENT IN A CIVIL CASE FOR ATTORNEY'S FEES

Case Number: 2:17-cv-01740-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that a fee award in the amount of $32,000 is to be paid to Plaintiff's counsel from the sums held by the Commissioner from Plaintiff's past-due benefits. In addition, Plaintiff's counsel must refund to Plaintiff the $4,500 paid previously under the Equal Access to Justice Act.

8/24/2021  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Reyes  
Deputy Clerk